■ JUAN REYNOSO, Plaintiff, v GLOBAL MANAGEMENT ENTERPRISES, LLC, Defendant/Third-Party Plaintiff-Respondent. RENT-A-CENTER, INC., Third-Party Defendant-Appellant. [60 NYS3d 825]—

Order, Supreme Court, Bronx County (Kenneth L. Thompson, Jr.), entered on or about March 3, 2017, which, to the extent appealed from as limited by the briefs, denied so much of third-party defendant's motion for summary judgment as sought dismissal of the claims for contractual indemnification and attorneys' fees, and granted third-party plaintiff's cross motion for conditional summary judgment on those claims, unanimously affirmed, without costs.

General Obligations Law § 5-321 does not render the indemnification provisions of the parties' lease void. The lease was negotiated at arm's length by sophisticated business entities and the parties used insurance to allocate between themselves the risk of liability to third persons (*see Great N. Ins. Co. v Interior Constr. Corp.*, 7 NY3d 412, 419 [2006]).

We have considered third-party defendant's remaining arguments and find them unavailing.

Third-party plaintiff's request for reinstatement of its third-party claim for breach of contract is not properly before us, because third-party plaintiff failed to file a notice of appeal from the order dismissing that claim (*see Hecht v City of New York*, 60 NY2d 57, 63 [1983]; *Caputo v Koenig*, 147 AD3d 649, 650 [1st Dept 2017]). Concur—Acosta, P.J., Renwick, Webber, Oing and Moulton, JJ.